# EXHIBIT 1

 **Outlook**

## RE: Intro

**From** Mizzo, F. Christopher <chris.mizzo@kirkland.com>

**Date** Tue 2/10/2026 3:27 PM

**To** Sirisha Marcoux <sirisha.marcoux@ehryourway.com>; Lorber, Aaron <alorber@kirkland.com>

**Cc** Herst, Todd L. <todd.herst@kirkland.com>

Hi Sirisha,

Thanks again for taking the time to speak with us earlier today. After conducting a search, we've identified a conflict that prevents us from taking on the representation, so unfortunately we won't be able to assist you. We appreciate you thinking of us and wish you the best.

Best,
Chris

**F. Christopher Mizzo, P.C.**

━━━━━━━━━━━━━━━━━━━━━━━━━

**KIRKLAND & ELLIS LLP**

1301 Pennsylvania Ave N.W.

Washington, D.C. 20004

**T** +1-202-389-5147 **F** +1-202-389-5200

━━━━━━━━━━━━━━━━━━━━━━━━━

chris.mizzo@kirkland.com

---

**From:** Sirisha Marcoux <sirisha.marcoux@ehryourway.com>
**Sent:** Tuesday, February 10, 2026 9:32 AM
**To:** Mizzo, F. Christopher <chris.mizzo@kirkland.com>; Lorber, Aaron <alorber@kirkland.com>
**Cc:** Herst, Todd L. <todd.herst@kirkland.com>
**Subject:** Re: Intro

---

Hi Chris,

To have this conversation, do you need to clear conflicts first?

Or should we have it without naming names at this time?

Thanks,
Sirisha

Sirisha Marcoux | Chief Operating Officer
**EHRYourWay** by Adaptamed
Mobile: (858) 395-6253
Email: sirisha.marcoux@ehryourway.com

---

**From:** Sirisha Marcoux <sirisha.marcoux@ehryourway.com>
**Sent:** Tuesday, February 10, 2026 9:23 AM

**To:** Mizzo, F. Christopher <chris.mizzo@kirkland.com>; Lorber, Aaron <alorber@kirkland.com>
**Cc:** Herst, Todd L. <todd.herst@kirkland.com>
**Subject:** Re: Intro

Can we do 10AM ET? Teams would be great. Please send to
kumara.prathipati@ehryourway.com as well.

Sirisha Marcoux | Chief Operating Officer
**EHRYourWay** by Adaptamed
Mobile: (858) 395-6253
Email: sirisha.marcoux@ehryourway.com

---

**From:** Mizzo, F. Christopher <chris.mizzo@kirkland.com>
**Sent:** Tuesday, February 10, 2026 9:17 AM
**To:** Sirisha Marcoux <sirisha.marcoux@ehryourway.com>; Lorber, Aaron <alorber@kirkland.com>
**Cc:** Herst, Todd L. <todd.herst@kirkland.com>
**Subject:** RE: Intro

Hi Sirisha – Yes.  I'm generally available after 10 am ET.  Let me know what works best for you.  Also, let me know if you have a preference regarding Zoom, Teams, or Webex and I can circulate a link or invite.

Best,
Chris

**F. Christopher Mizzo, P.C.**
━━━━━━━━━━━━━━━━━━━━━━━━━━━━
**KIRKLAND & ELLIS LLP**
1301 Pennsylvania Ave N.W.
Washington, D.C.  20004
**T** +1-202-389-5147  **F** +1-202-389-5200
━━━━━━━━━━━━━━━━━━━━━━━━━━━━
chris.mizzo@kirkland.com

---

**From:** Sirisha Marcoux <sirisha.marcoux@ehryourway.com>
**Sent:** Tuesday, February 10, 2026 9:04 AM
**To:** Mizzo, F. Christopher <chris.mizzo@kirkland.com>; Lorber, Aaron <alorber@kirkland.com>
**Cc:** Herst, Todd L. <todd.herst@kirkland.com>
**Subject:** Re: Intro

Hi Chris,

Are you available anytime this morning ET? I am free.

Thanks!
Sirisha

Sirisha Marcoux | Chief Operating Officer
**EHRYourWay** by Adaptamed
Mobile: (858) 395-6253
Email: sirisha.marcoux@ehryourway.com

---

**From:** Mizzo, F. Christopher <chris.mizzo@kirkland.com>
**Sent:** Tuesday, February 10, 2026 8:59 AM
**To:** Lorber, Aaron <alorber@kirkland.com>; Sirisha Marcoux

<sirisha.marcoux@ehryourway.com>
**Cc:** Herst, Todd L. <todd.herst@kirkland.com>
**Subject:** RE: Intro

Hi Sirisha – Pleasure to meet you by email. And as Aaron mentioned, we'd be happy to help. I'm generally available today as well if that works for you.

Best,
Chris

**F. Christopher Mizzo, P.C.**
━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━

**KIRKLAND & ELLIS LLP**
1301 Pennsylvania Ave N.W.
Washington, D.C.  20004
**T** +1-202-389-5147  **F** +1-202-389-5200
━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━

chris.mizzo@kirkland.com

---

**From:** Lorber, Aaron <alorber@kirkland.com>
**Sent:** Tuesday, February 10, 2026 1:07 AM
**To:** Sirisha Marcoux <sirisha.marcoux@ehryourway.com>
**Cc:** Mizzo, F. Christopher <chris.mizzo@kirkland.com>; Herst, Todd L. <todd.herst@kirkland.com>
**Subject:** Re: Intro

Sirisha -

Happy to connect. I'm pretty open tomorrow. Perhaps let us know when you are free and we can get a sense of the issue(s)?

Thanks,
Aaron

**Aaron H. Lorber, P.C.**
━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━

**KIRKLAND & ELLIS LLP**
333 West Wolf Point Plaza
Chicago, IL 60654
**T** +1 312 862 7151
**F** +1 312 862 2200
━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━

aaron.lorber@kirkland.com

> On Feb 9, 2026, at 10:26 PM, Sirisha Marcoux <sirisha.marcoux@ehryourway.com> wrote:
>
> ─────────────────────
>
> Thanks ▨▨▨.
>
> Hi Aaron, Chris and Todd,
>
> Nice to meet you. Please let me know if you might have some time to connect this week.
>
> Best,
> Sirisha

Sirisha Marcoux | Chief Operating Officer
**EHRYourWay** by Adaptamed
Mobile: (858) 395-6253
Email: sirisha.marcoux@ehryourway.com

---

**From:** ✕✕✕✕✕✕✕ ✕✕✕✕✕✕@thomabravo.com>
**Sent:** Monday, February 9, 2026 10:42:55 PM
**To:** Lorber, Aaron <alorber@kirkland.com>; Mizzo, F. Christopher <chris.mizzo@kirkland.com>; Herst, Todd L. <todd.herst@kirkland.com>; Sirisha Marcoux <sirisha.marcoux@ehryourway.com>
**Subject:** Intro

You don't often get email from ✕✕✕✕✕✕@thomabravo.com. Learn why this is important

Aaron / Chris / Todd –

Making an introduction to my friend Sirisha who is going through a very time sensitive IP lawsuit (plaintiff side) with a large tech company. She would like to explore your counsel or at a minimum, a second opinion. I'll let Sirisha take it from here.

Best,



Partner

✕✕✕✕✕✕✕✕ | office
✕✕✕✕✕✕@thomabravo.com
**Thoma Bravo**
One Market Plaza
Spear Tower, Suite 2400
San Francisco, CA 94105
thomabravo.com
<image001.png>

*The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information and is intended only for the use of the intended addressee. It is the property of Thoma Bravo, L.P. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return e-mail and destroy this communication and all copies thereof, including all attachments.*

The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information, and is intended only for the use of the addressee. It is the property of the multi-national law firm Kirkland & Ellis LLP and/or its affiliated entities. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return email or by email to postmaster@kirkland.com, and destroy this communication and all copies thereof, including all attachments.

The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information, and is intended only for the use of the addressee. It is the property of the multi-national law firm Kirkland & Ellis LLP and/or its affiliated entities. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return email or by email to postmaster@kirkland.com, and destroy this communication and all copies thereof, including all attachments.

The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information, and is intended only for the use of the addressee. It is the property of the multi-national law firm Kirkland & Ellis LLP and/or its affiliated entities. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return email or by email to postmaster@kirkland.com, and destroy this communication and all copies thereof, including all attachments.