# EXHIBIT A

| | |
|---|---|
| **From:** | Knapp, Timothy <tknapp@kirkland.com> |
| **Sent:** | Monday, May 11, 2026 1:58 PM |
| **To:** | Ranja Rasul; Rick Richmond; Catherine S. Owens; Jasmine M. Johnson |
| **Subject:** | Adaptamed  RE: Adaptamed  RE: Adaptamed  RE: Adaptamed LLC v. WC Health MSO LLC et al |

Some people who received this message don't often get email from tknapp@kirkland.com. Learn why this is important

Counsel,

I am the Deputy Assistant General Counsel in Kirkland & Ellis' Office of General Counsel. I am writing in response to your email below regarding Adaptamed's threat to file a motion to disqualify K&E from representing Commure.

I am familiar with the governing rule and have spoken to the relevant parties here. It is clear there is no conflict of interest that would preclude K&E from representing Commure and that your threatened motion lacks merit. K&E did not receive any disqualifying information from Adaptamed during the single introductory phone call you reference below. Further, the K&E team took reasonable and appropriate measures to avoid exposure to any more information than was reasonably necessary to determine whether to represent Adaptamed. As your client will recall, at the outset of the call, Chris Mizzo expressly stated that there was no attorney-client relationship or privilege between K&E and Adaptamed, noted that K&E would need to run a conflicts check, expressly reminded Adaptamed not to share anything confidential, and specifically instructed Adaptamed not to show any documents when your client offered to show a contract. Your client proceeded with the call on that basis and never showed or provided K&E with any documents. In short, no disqualifying information was shared and thus Rule 1.18(c) does not prohibit K&E's representation of Commure.

Further, after learning during the call that the adverse party, Commure, was owned in part by K&E clients, Mr. Mizzo said that K&E might have a conflict and would run conflicts immediately after the call before discussing further. After the call, Mr. Mizzo promptly ran conflicts and upon confirming that Commure itself was a K&E client, declined the representation only hours after the introductory call.

Nevertheless, as an additional precautionary measure, K&E timely implemented a Rule 1.18 screen to wall off the lawyers who spoke to Adaptamed from the team working on the Commure matter, and the two groups have had no contact regarding the matter, before or after the screen was implemented. In other words, K&E has complied fully with Rule 1.18 on this basis as well. There is no good faith basis to file a motion to disqualify here.

Please do not hesitate to reach out if I can provide any further information.

Regards,
Tim

**Timothy W. Knapp, P.C.**
**Deputy Assistant General Counsel**

**KIRKLAND & ELLIS LLP**
333 West Wolf Point Plaza, Chicago, IL 60654
**T** +1 312 862 7426
**F** +1 312 862 2200

timothy.knapp@kirkland.com

1

**From:** Ranja Rasul <rrasul@larsonllp.com>
**Sent:** Saturday, May 9, 2026 4:38 PM
**To:** Petersen, Ingrid <ingrid.petersen@kirkland.com>
**Cc:** De Vries, Mike W. <michael.devries@kirkland.com>; Alper, Adam R. <aalper@kirkland.com>; Delaney, Kendra <kendra.delaney@kirkland.com>; Max Casal <MCasal@shulmanbastian.com>; Rick Richmond <rrichmond@larsonllp.com>; Catherine S. Owens <cowens@larsonllp.com>; Jasmine M. Johnson <jjohnson@larsonllp.com>
**Subject:** RE: Adaptamed RE: Adaptamed RE: Adaptamed LLC v. WC Health MSO LLC et al

Hi Ingrid,

Thanks for the call on Friday.  We are writing to memorialize our discussion.

You attended on behalf of Commure.  No one attended on behalf of WC Health, and you confirmed that your firm does not represent WC Health.  Rick, Catherine, and I attended on behalf of Adaptamed.  During our discussion, we met and conferred regarding Commure's request for a 30-day extension to respond to the Complaint and the grounds for Commure's contemplated motion to dismiss the claims asserted against it in the Complaint.  Rick explained that our client would be willing to grant a 14-day extension for Commure's deadline to respond to the complaint.  You said that you would take that back to your client.  Absent your client's agreement to a 14-day extension, Commure's deadline to respond to the Complaint is May 15.

We also met and conferred regarding Adaptamed's motion to disqualify Kirkland & Ellis from representing Commure in this case.  We explained that this motion is predicated on our client's discussions regarding this case as a prospective client in February 2026 and, among other rules, Rule 1.18 of the California Rules of Professional Conduct.  Attached please find the email chain that we referenced during the call that reflects those February 2026 discussions between partners at Kirkland & Ellis and our client.  As Rick explained, our client and the partners at your firm had a 30-minute conversation discussing the "issues" of this very case prior to the filing of the Complaint, and after that 30-minute conversation the partners at your firm informed our client that there was a conflict.  Yet, this week we learned for the first time that Kirkland & Ellis is representing Commure, whose interests are indisputably adverse to our client's interests.

We intend to file our motion to disqualify next Friday, May 15, 2026.  We remain available to discuss this further before we file should you have any additional information to share after looking into the matter.

Thank you,
Ranja


**Ranja Rasul** *he/him*
Counsel

**P** 213.493.7982
**F** 213.623.2000
rrasul@larsonllp.com
555 South Flower Street, 30th Floor
Los Angeles, CA 90071

LARSON

CONFIDENTIALITY NOTICE:

This e-mail and any attachments are for the exclusive and confidential use of the intended recipient. If you received this in error, please do not read, distribute, or take action in reliance upon this message. Instead, please notify us immediately by return email and promptly delete this message and its attachments from your computer system. We do not waive attorney-client or work product privilege by the transmission of this message.

**From:** Petersen, Ingrid <ingrid.petersen@kirkland.com>
**Sent:** Friday, May 8, 2026 4:44 PM
**To:** Rick Richmond <rrichmond@larsonllp.com>
**Cc:** De Vries, Mike W. <michael.devries@kirkland.com>; Alper, Adam R. <aalper@kirkland.com>; Delaney, Kendra <kendra.delaney@kirkland.com>; Max Casal <MCasal@shulmanbastian.com>; Amelia L.B. Sargent <asargent@larsonllp.com>; Ranja Rasul <rrasul@larsonllp.com>; Jasmine M. Johnson <jjohnson@larsonllp.com>
**Subject:** Adaptamed RE: Adaptamed RE: Adaptamed LLC v. WC Health MSO LLC et al

Thank you, Rick. I have sent a calendar invite to everyone in this group with the meeting info in case others can talk then. Talk to you at 5:15.

**Ingrid Petersen**

**KIRKLAND & ELLIS LLP**
695 Town Center Dr., Suite 1700
Costa Mesa, CA 92626
**T** +1 213 680 8205 **M** +1 213 446 7270

2049 Century Park East, Suite 3700
Los Angeles, CA 90067

ingrid.petersen@kirkland.com

**From:** Rick Richmond <rrichmond@larsonllp.com>
**Sent:** Friday, May 8, 2026 4:38 PM
**To:** Petersen, Ingrid <ingrid.petersen@kirkland.com>
**Cc:** De Vries, Mike W. <michael.devries@kirkland.com>; Alper, Adam R. <aalper@kirkland.com>; Delaney, Kendra <kendra.delaney@kirkland.com>; Max Casal <MCasal@shulmanbastian.com>; Amelia L.B. Sargent <asargent@larsonllp.com>; Ranja Rasul <rrasul@larsonllp.com>; Jasmine M. Johnson <jjohnson@larsonllp.com>
**Subject:** Re: Adaptamed RE: Adaptamed LLC v. WC Health MSO LLC et al

Finally out of court.

I can talk at 5:15 pm if that helps.

**Rick Richmond**
Partner

**P** 213.519.7990
**F** 213.623.2000
rrichmond@larsonllp.com
555 South Flower Street, 30th Floor
Los Angeles, CA 90071

## LARSON

CONFIDENTIALITY NOTICE:

This e-mail and any attachments are for the exclusive and confidential use of the intended recipient. If you received this in error, please do not read, distribute, or take action in reliance upon this message. Instead, please notify us immediately by return email and promptly delete this message and its attachments from your computer system. We do not waive attorney-client or work product privilege by the transmission of this message.

**From:** Petersen, Ingrid <ingrid.petersen@kirkland.com>
**Sent:** Friday, May 8, 2026 4:04:25 PM
**To:** Rick Richmond <rrichmond@larsonllp.com>
**Cc:** De Vries, Mike W. <michael.devries@kirkland.com>; Alper, Adam R. <aalper@kirkland.com>; Delaney, Kendra <kendra.delaney@kirkland.com>; Max Casal <MCasal@shulmanbastian.com>; Amelia L.B. Sargent <asargent@larsonllp.com>; Ranja Rasul <rrasul@larsonllp.com>; Jasmine M. Johnson <jjohnson@larsonllp.com>
**Subject:** Adaptamed RE: Adaptamed LLC v. WC Health MSO LLC et al

Some people who received this message don't often get email from ingrid.petersen@kirkland.com. Learn why this is important

Hi Rick,

Sorry to follow up on the same day as I know you are in court, but if Adaptamed will be opposing the request for an extension, then we will need to talk at 4:30 PT today about the Defendants filing a motion to dismiss on May 15. We understand we need to meet and confer on that today, but we are hoping that Adaptamed (as a courtesy) will not be opposing the requested extension. We can circulate a dial in for 4:30 PT today if that is the case.

**Ingrid Petersen**

**KIRKLAND & ELLIS LLP**
695 Town Center Dr., Suite 1700
Costa Mesa, CA 92626
**T** +1 213 680 8205 **M** +1 213 446 7270

2049 Century Park East, Suite 3700
Los Angeles, CA 90067

ingrid.petersen@kirkland.com

**From:** Petersen, Ingrid
**Sent:** Friday, May 8, 2026 9:25 AM
**To:** 'Rick Richmond' <rrichmond@larsonllp.com>
**Cc:** De Vries, Mike W. <michael.devries@kirkland.com>; Alper, Adam R. <aalper@kirkland.com>; Delaney, Kendra <kendra.delaney@kirkland.com>; Max Casal <MCasal@shulmanbastian.com>; Amelia L.B. Sargent <asargent@larsonllp.com>; Ranja Rasul <rrasul@larsonllp.com>; Jasmine M. Johnson <jjohnson@larsonllp.com>
**Subject:** RE: Adaptamed LLC v. WC Health MSO LLC et al

Thank you, Rick. If possible, we would appreciate it if you could please provide us with Adaptamed's position as to whether it will oppose a request for an extension today.  We are also available for a call between 11am to 1pm PT or after 2pm PT on Monday.
**Ingrid Petersen**

**KIRKLAND & ELLIS LLP**
695 Town Center Dr., Suite 1700
Costa Mesa, CA 92626
**T** +1 213 680 8205 **M** +1 213 446 7270

2049 Century Park East, Suite 3700

Los Angeles, CA 90067

ingrid.petersen@kirkland.com

---

**From:** Rick Richmond <rrichmond@larsonllp.com>
**Sent:** Friday, May 8, 2026 7:30 AM
**To:** Petersen, Ingrid <ingrid.petersen@kirkland.com>
**Cc:** De Vries, Mike W. <michael.devries@kirkland.com>; Alper, Adam R. <aalper@kirkland.com>; Delaney, Kendra <kendra.delaney@kirkland.com>; Max Casal <MCasal@shulmanbastian.com>; Amelia L.B. Sargent <asargent@larsonllp.com>; Ranja Rasul <rrasul@larsonllp.com>; Jasmine M. Johnson <jjohnson@larsonllp.com>
**Subject:** RE: Adaptamed LLC v. WC Health MSO LLC et al

I am in court today.  I can talk at 4:30 pm or sometime on Monday.


**Rick Richmond**

Partner

**P** 213.519.7990
**F** 213.623.2000
rrichmond@larsonllp.com
555 South Flower Street, 30th Floor
Los Angeles, CA 90071



CONFIDENTIALITY NOTICE:

This e-mail and any attachments are for the exclusive and confidential use of the intended recipient. If you received this in error, please do not read, distribute, or take action in reliance upon this message. Instead, please notify us immediately by return email and promptly delete this message and its attachments from your computer system. We do not waive attorney-client or work product privilege by the transmission of this message.

**From:** Petersen, Ingrid <ingrid.petersen@kirkland.com>
**Sent:** Thursday, May 7, 2026 3:17 PM
**To:** Rick Richmond <rrichmond@larsonllp.com>
**Cc:** De Vries, Mike W. <michael.devries@kirkland.com>; Alper, Adam R. <aalper@kirkland.com>; Delaney, Kendra <kendra.delaney@kirkland.com>; Max Casal <MCasal@shulmanbastian.com>; Amelia L.B. Sargent <asargent@larsonllp.com>; Ranja Rasul <rrasul@larsonllp.com>; Jasmine M. Johnson <jjohnson@larsonllp.com>
**Subject:** Adaptamed LLC v. WC Health MSO LLC et al

Some people who received this message don't often get email from ingrid.petersen@kirkland.com. Learn why this is important

Hi Rick,

We are reaching out to let you know that our firm will be representing Commure in the action that Adaptamed filed in S.D. Cal. We are reaching out to ask for a meet and confer to extend our time to respond to the Complaint by 30 days, so are hoping to set up an introductory call/call to discuss the extension. We are available for a call at **9am PT tomorrow**; please let us know if that time works for you. We have included WC Health's counsel as well (Max Casal) on this email, as he will be joining.

**Ingrid Petersen**

---

**KIRKLAND & ELLIS LLP**
695 Town Center Dr., Suite 1700

Costa Mesa, CA 92626
**T** +1 213 680 8205 **M** +1 213 446 7270

2049 Century Park East, Suite 3700
Los Angeles, CA 90067

ingrid.petersen@kirkland.com

The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information, and is intended only for the use of the addressee. It is the property of the multi-national law firm Kirkland & Ellis LLP and/or its affiliated entities. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return email or by email to postmaster@kirkland.com, and destroy this communication and all copies thereof, including all attachments.

The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information, and is intended only for the use of the addressee. It is the property of the multi-national law firm Kirkland & Ellis LLP and/or its affiliated entities. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return email or by email to postmaster@kirkland.com, and destroy this communication and all copies thereof, including all attachments.

The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information, and is intended only for the use of the addressee. It is the property of the multi-national law firm Kirkland & Ellis LLP and/or its affiliated entities. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return email or by email to postmaster@kirkland.com, and destroy this communication and all copies thereof, including all attachments.

The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information, and is intended only for the use of the addressee. It is the property of the multi-national law firm Kirkland & Ellis LLP and/or its affiliated entities. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return email or by email to postmaster@kirkland.com, and destroy this communication and all copies thereof, including all attachments.