John C. Hueston (SBN: 164921)
jhueston@hueston.com
Marshall A. Camp (SBN: 231389)
mcamp@hueston.com
HUESTON HENNIGAN LLP
620 Newport Center Drive, Suite 1300
Newport Beach, CA 92660
Telephone: (949) 229-8640
Facsimile: (888) 866-4825

Specially Appearing for Third Party
KIRKLAND & ELLIS LLP

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADAPTAMED LLC,<br><br>        Plaintiff,<br><br>   vs.<br><br>WC HEALTH MSO LLC d/b/a WC HEALTH, a corporation; COMMURE, INC., a corporation; DOES 1-100,<br><br>        Defendants. | Case No. 3:26-cv-02486-JO-VET<br><br>Judge: Hon. Jinsook Ohta<br>Dept.: 4C<br><br>Magistrate Judge: Hon. Valerie E. Torres<br>Dept.: 5D<br><br>**NOTICE OF APPERANCE ON BEHALF OF THIRD PARTY KIRKLAND & ELLIS LLP** |

Case No. 3:26-cv-02486-JO-VET

NOTICE OF APPEARANCE

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT Marshall A. Camp of Hueston Hennigan LLP, 620 Newport Center Drive, Suite 1300, Newport Beach, California 92660, mcamp@hueston.com, who is permitted to practice in this District, hereby enters his appearance as counsel for Third Party Kirkland & Ellis LLP for the limited purpose of responding to, appearing and arguing in opposition to Adaptamed LLC's Motion to Disqualify (Dkt. No. 15). The undersigned respectfully requests to be included via email on the Court's notification of all electronic filings in this action.

Dated:  June 3, 2026                           HUESTON HENNIGAN LLP


                                               By:  /s/ Marshall A. Camp
                                                    Marshall A. Camp

                                               Specially Appearing For Third Party
                                               KIRKLAND & ELLIS LLP

-2-                              Case No. 3:26-cv-02486-JO-VET

NOTICE OF APPEARANCE