Rick Richmond (SBN 194962)
*rrichmond@larsonllp.com*
Catherine S. Owens (SBN 307626)
*cowens@larsonllp.com*
Ranja F. Rasul (SBN 336221)
*rrasul@larsonllp.com*
Jasmine M. Johnson (SBN 351979)
*jjohnson@larsonllp.com*
**LARSON LLP**
555 South Flower Street, 30th Floor
Los Angeles, California 90071
Telephone: (213) 436-4888
Facsimile:   (213) 623-2000

Attorneys for Plaintiff
ADAPTAMED LLC

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADAPTAMED LLC,<br><br>              Plaintiff,<br><br>        vs.<br><br>WC HEALTH MSO LLC d/b/a WC HEALTH, a corporation, and COMMURE, INC., a corporation, and DOES 1-100,<br><br>              Defendants. | Case No. 3:26-CV-02486-JO-VET<br><br>Judge:   Hon. Jinsook Ohta<br><br>Magistrate Judge:<br>Hon. Valerie E. Torres, Crtrm. 5D<br><br>**NOTICE OF NEWLY DISCOVERED FACT**<br><br>Date:          July 30, 2026<br>Time:          9:30 a.m.<br>Crtrm.:        4C<br><br>Action Filed:  April 20, 2026<br>Trial Date:    None |

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Plaintiff Adaptamed LLC respectfully submits this Notice of Newly Discovered Fact to advise the Court and the parties of a newly discovered relevant fact impacting Plaintiff's pending Motion to Disqualify Kirkland & Ellis.  On May 19, 2026, Defendant Commure issued a public press release, a true and correct copy of which is attached to this notice as **Exhibit 2**.

The press release states, "Commure, the AI platform for healthcare, today, announced $70 million in financing at a $7 billion post-money valuation.  The round was led by General Catalyst, with participation from Sequoia Capital, Morgan Stanley, and Kirkland & Ellis."  (Ex. 2.)  Because neither an opposition nor a reply has been filed, Plaintiff brings this relationship to the Court's attention to ensure Commure and Kirkland & Ellis have a full and fair opportunity to address this investment within the forthcoming opposition brief.

Dated:  June 4, 2026                         LARSON LLP


By:        /s/ Rick Richmond
                Rick Richmond
                Catherine S. Owens
                Ranja F. Rasul
                Jasmine M. Johnson
                Attorneys for Plaintiff
                ADAPTAMED LLC