# EXHIBIT 2

 commure

SOLUTIONS ⌄          RESOURCES ⌄          COMPANY ⌄          CAREERS ⌄          CONTACT

# Commure Raises $70M at $7B Valuation to Transform Healthcare Operations Using AI

Fresh capital to accelerate AI-powered digital transformation in healthcare

 **COMMURE TEAM | MAY 19, 2026**

 |

   SEQUOIA   Morgan Stanley   KIRKLAND & ELLIS LLP

MOUNTAIN VIEW, CA, May 19, 2026 — Commure, the AI platform for healthcare, today announced $70 million in financing at a $7 billion post-money valuation. The round was led by General Catalyst, with participation from Sequoia Capital, Morgan Stanley, and Kirkland & Ellis.

Commure deploys advanced AI and Agents across health systems and practices transforming the day-to-day lives of providers and healthcare administrators. The company is focused on one of the largest cost centers in healthcare worldwide: administrative work, which consumes roughly $1 trillion a year in the U.S. alone and burdens health systems globally.

## Healthcare AI Deployed at Unparalleled Scale

Commure's revenue cycle management platform and advanced clinical workflow tools operate within more than 500 healthcare organizations across 3,000+ sites of care, embedded in the daily workflows of tens of thousands of physicians. Over 130 of the nation's largest health systems, including HCA Healthcare and Tenet Healthcare, use the platform alongside thousands of physician-owned practices across the country.

The company's end-to-end RCM processes tens of billions of dollars in annual payments and completes more than 85% of work without human intervention. Its Ambient AI suite, featuring Autonomous Coding and Clinical Intelligence, supports tens of millions of appointments each year.

> "For thirty years, healthcare was told software would fix administrative work. It didn't, because software could not actually do the work: the calls, the notes, the codes, the claims, the denials, and the appeals," said Tanay Tandon, CEO of Commure. "AI can. We are already performing this work, from specialty clinics to the country's largest health systems. With this round, we can meet the demand to run it everywhere."

To support that expansion, the capital will be used to:

- **Scale Commure's revenue cycle and practice management platform** across specialty practices, hospitals, and integrated delivery networks, replacing the legacy mix of BPO services, billing vendors, and rules-based software that has run the industry for decades.
- **Advance the shared intelligence layer beneath every Commure workflow,** pushing the frontier on agentic systems so AI can reliably handle the payer rules, specialty coding, denial patterns, and clinical context that general-purpose models miss.
- **Expand Commure's AI infrastructure into global healthcare markets** where providers face the same structural pressure: rising demand, workforce shortages, administrative burden, and the need for more efficient clinical and financial operations.

## An AI-Native Platform for the Next Era of Healthcare

> "Healthcare is one of the largest sectors of economies worldwide and one of the most important to rebuild with AI," said Hemant Taneja, CEO of General Catalyst. "Commure is doing it not as a feature or co-pilot, but as a system of agents completing administrative and clinical work in fundamentally modern ways. This is a generational business with the opportunity to dramatically impact the cost of care."

Commure, and its subsidiary Athelas, delivers AI across the front, middle, and back of the revenue cycle, helping healthcare organizations automate administrative work while giving clinicians time back to care.

## About Athelas/Commure

Commure delivers next-generation AI infrastructure for health systems, integrating ambient workflows, agentic AI, and revenue cycle automation on a single platform. Its Forward Deployed Engineering teams work directly with clinicians and administrators to boost margins, reduce burden, and improve patient engagement. Commure runs inside more than 500 healthcare organizations across 3,000+ sites of care, integrates with 60+ EHRs, and processes tens of

billions of dollars in annual claims — with 85%+ of revenue cycle work completed without a human in the loop. Learn more at commure.com.

Athelas, a Commure company, provides AI-native infrastructure for modern healthcare, specializing in revenue cycle management, ambient AI, and FDA-cleared AI-powered diagnostics that streamline operations and improve patient outcomes. Learn more at athelas.com.

## Media Contact

pr@commure.com

**SHARE THIS RELEASE**

  

## Latest Press



**Commure Raises $70M at $7B Valuation to Transform Healthcare Operations Using AI**

May 19, 2026    READ



**Willis Knighton Health Selects Commure as Enterprise Ambient Scribe AI Partner**

May 7, 2026    READ



**Commure Introduces Dictation: AI-Powered Clinical Voice, Now at the Cursor**

April 2, 2026    READ



**Inc. Names Commure's Deepika Bodapati to Its 2026 Female Founders 500 List**

March 11, 2026    READ