UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADAPTAMED LLC,<br><br>Plaintiff,<br><br>v.<br><br>WC HEALTH MSO LLC d/b/a WC HEALTH, et al.,<br><br>Defendants. | Case No.: 26-cv-02486-JO-VET<br><br>**ORDER DENYING PLAINTIFF'S MOTION TO DISQUALIFY KIRKLAND & ELLIS LLP** |

On May 15, 2026, Plaintiff filed a motion to disqualify Kirkland & Ellis LLP as counsel for Defendant Commure, Inc. Dkt. 15. The governing standard for disqualification is whether the information disclosed by a prospective client is "materially harmful" to the client at the time of the disqualification. *See Winter v. Menlo*, 110 Cal. App. 5th 299, 312, 315 (2025), *reh'g denied* (Apr. 23, 2025), *review denied* (June 25, 2025); *see also Syre v. Douglas*, 104 Cal. App. 5th 280, 295, 324 Cal. Rptr. 3d 553, 562 (2024) (noting that Rule 1.18 does not bar representation unless the lawyer "received information from the prospective client that could be significantly harmful to that person in the matter"). For the reasons stated on the record at oral argument on July 30, 2026, Plaintiff has not met its

burden to prove that the information it disclosed to Kirkland & Ellis LLP warrants disqualification. The Court therefore DENIES Adaptamed's motion for disqualification. [Dkt. 15].

**IT IS SO ORDERED**.

Dated:  July 31, 2026

_____
Honorable Jinsook Ohta
United States District Judge