Rick Richmond (SBN 194962)
*rrichmond@larsonllp.com*
**LARSON LLP**
555 South Flower Street, 30th Floor
Los Angeles, CA 90071
(213) 436-4864; Fax: (213) 623-2000

Attorneys for Plaintiff Adaptamed LLC

[Additional counsel listed on signature block]

Max Casal (SBN 342716)
MCasal@schulmanbastian.com
**SHULMAN BASTIAN FRIEDMAN BUI & O'DEA LLP**
100 Spectrum Center Drive, Suite 600
Irvine, CA 92618
(949) 340-3400; Fax: (949) 340-3000

Attorneys for Defendant WC Health MSO LLC

Adam R. Alper (SBN 196834)
adam.alper@kirkland.com
**KIRKLAND & ELLIS LLP**
555 California Street, Suite 2700
San Francisco, CA 94104
(415) 439-1400; Fax: (415) 439-1500

Attorneys for Defendant Commure, Inc.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADAPTAMED LLC,<br><br>            Plaintiff,<br><br>      vs.<br><br>WC HEALTH MSO LLC d/b/a WC HEALTH, a corporation, and COMMURE, INC., a corporation, and DOES 1-100,<br><br>            Defendants. | Case No. 3:26-CV-02486-JO-VET<br><br>Judge:   Hon. Jinsook Ohta<br>Magistrate Judge:<br>Hon. Valerie E. Torres<br><br>**JOINT MOTION TO LIFT STAY AND SET DEFENDANTS' DEADLINE TO RESPOND TO COMPLAINT**<br><br>Trial Date:     None<br>Action Filed:   April 20, 2026 |

Plaintiff Adaptamed LLC ("Adaptamed") and Defendants WC Health MSO LLC ("WC Health") and Commure, Inc. ("Commure") (collectively, the "Parties"), by and through their respective counsel, hereby submit the following Joint Motion pursuant to Civil Local Rule 7.2 for an order lifting the stay currently in effect in this action and setting September 2, 2026 as the deadline for WC Health and Commure to respond to Adaptamed's Complaint.  In support of this Joint Motion, the Parties respectfully state as follows:

WHEREAS, on April 20, 2026, Adaptamed commenced this action by filing its Complaint against Defendants WC Health, Commure, Inc., and Does 1-100 (Dkt. 1);

WHEREAS, on May 12, 2026, WC Health and Commure jointly filed an *Ex Parte* Motion to Continue the Time to Answer the Complaint (Dkt. 12);

WHEREAS, on May 13, 2026, the Court granted the *Ex Parte* Motion in part and extended Defendants' deadline to respond to the Complaint through June 5, 2026 (Dkt. 14);

WHEREAS, on May 15, 2026, Adaptamed filed its Motion to Disqualify Kirkland & Ellis LLP as counsel for Commure (Dkt. 15);

WHEREAS, on May 19, 2026, the Court issued a Minute Order setting a briefing schedule and hearing date for the Motion to Disqualify and staying the action pending resolution of that motion, including staying Defendants' deadline to respond to the Complaint (Dkt. 16);

WHEREAS, on July 30, 2026, the Court conducted a hearing on the Motion to Disqualify;

WHEREAS, on July 31, 2026, the Court entered its Order Denying Plaintiff's Motion to Disqualify Kirkland & Ellis LLP (Dkt. 33);

WHEREAS, the basis for the Court's stay has now been resolved through the Court's July 31, 2026 Order;

WHEREAS, following entry of the Court's July 31, 2026 Order, counsel for

the Parties conferred regarding the status of the action and Defendants' deadline to respond to the Complaint;

WHEREAS, Plaintiff contends that the stay lifted automatically upon the Court's resolution of the Motion to Disqualify, per the text of the Court's Minute Order at Dkt. 16;

WHEREAS, Defendants took the position that the Court should formally lift the stay and establish a response deadline;

WHEREAS, in an effort to provide clarity regarding the procedural posture of the action and avoid unnecessary motion practice concerning the calculation of Defendants' response deadline, the Parties have agreed to jointly request that the Court lift the stay and establish September 2, 2026 as the deadline for Defendants to respond to the Complaint;

NOW THEREFORE, good cause appearing, the Parties, by and through their respective counsel, hereby respectfully move the Court for an order:

1.    Lifting the stay imposed by the Court's May 19, 2026 Minute Order; and

2.    Setting September 2, 2026 as the deadline for WC Health and Commure to respond to the Complaint.

[SIGNATURES APPEAR ON FOLLOWING PAGE]

LARSON
LOS ANGELES

3

Case No. 3:26-CV-02486-JO-VET

JOINT MOTION TO LIFT STAY AND SET DEFENDANTS' DEADLINE TO RESPOND TO COMPLAINT

Dated: August 10, 2026          LARSON LLP


By:       */s/ Catherine S. Owens*
     Rick Richmond
     Catherine S. Owens
     Ranja F. Rasul
     Anthony Gutierrez

Attorneys for Plaintiff Adaptamed LLC


Dated: August 10, 2026          SHULMAN BASTIAN FRIEDMAN BUI & O'DEA LLP


By:       */s/ Max Casal*
     Max Casal

Attorneys for Defendant WC Health MSO LLC


Dated: August 10, 2026          KIRKLAND & ELLIS LLP


By:       */s/ Ingrid M. Petersen*
     Adam R. Alper
     Michael W. DeVries
     Ingrid M. Petersen
     Kendra Delaney

Attorneys for Defendant Commure, Inc.

# SIGNATURE CERTIFICATION

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to Max Casal, counsel for Defendant WC Health MSO LLC, and Ingrid Petersen, counsel for Defendant Commure, Inc., and that I have obtained Mr. Casal's and Ms. Petersen's authorization to affix their respective electronic signatures to this document.

By:    */s/ Catherine S. Owens*
      Catherine S. Owens

LARSON
LOS ANGELES

JOINT MOTION TO LIFT STAY AND SET DEFENDANTS' DEADLINE TO RESPOND TO COMPLAINT